UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AM RETAIL GROUP, INC., a Delaware corporation dba WILSONS LEATHER, and Does 1-100 inclusive,<br><br>Defendants. | Case No. 17cv0727-JAH (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

GOOD CAUSE APPEARING, the Court **GRANTS** the joint motion for dismissal (Doc. No. 42) filed by the parties. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the entire action is hereby ordered dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: December 18, 2018

_____
JOHN A. HOUSTON
United States District Judge

1